**Order entered September 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00191-CV

**FIELDALE FARMS CORPORATION, OZARK MOUNTAIN POULTRY, INC., AND HOUSE OF RAEFORD FARMS, INC., Appellants**

**V.**

**SOMMA FOOD GROUP, LLC, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-00698**

### ORDER

Before the Court is the parties' September 14, 2020 third joint motion for extension of time to file appellants' opening briefs. We **GRANT** the motion and **ORDER** appellants' opening briefs be filed no later than September 21, 2020. Appellee's combined responsive and cross-appellant's brief shall be filed within thirty days of the filing of appellants' opening brief. *See* 5th Tex. App. (Dallas) Loc. R. 5(a),(d).

/s/    BILL WHITEHILL
        JUSTICE